# Court of Appeals
# of the State of Georgia

ATLANTA,___August 25, 2014___

*The Court of Appeals hereby passes the following order:*

**A14D0476.  BOBBY JOHNSON v. BANK OF AMERICA, N. A.**

Bobby Johnson filed this application for discretionary appeal, seeking to challenge the trial court's order dismissing his quiet title action against Bank of America, N. A. for failure to state a claim. Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land.  Because this application appears to involves title to land, jurisdiction lies in the Supreme Court. See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _08/25/2014_____
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*